**DARNETTE DANIELS, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, TAYLER MCCLENDON**    *    **NO. 2024-CA-0833**

   *    **COURT OF APPEAL**

   *    **FOURTH CIRCUIT**

**VERSUS**    *    **STATE OF LOUISIANA**

**STATE OF LOUISIANA, BOARD OF ELEMENTARY AND SECONDARY EDUCATION, ORLEANS PARISH SCHOOL BOARD, NEW BEGINNINGS SCHOOLS FOUNDATION, AND TENSQUARE, LLC**    *

   *

   * * * * * * *

**LEDET, J., CONCURS IN THE RESULT**

I concur in the result.